609 P.2d 642

**Gaylord MAUGHAN and Glade McCrary, Plaintiffs-Respondents,**

v.

**Robert W. CALLENDER, Western Surety, a South Dakota Corporation, Defendants-Appellants.**

**No. 13041.**

Supreme Court of Idaho.

April 4, 1980.

Clarence H. Higer, Emmett, for appellants.

Keith M. Walker, Rigby, for respondents.

PER CURIAM.

This case is before this court on appeal from the trial court order granting the respondents' motion for summary judgment. We have reviewed the record and find the order in error, as there are unresolved genuine issues of material fact. I.R.C.P. 56(c); *Merrill v. Duffy Reed Const. Co.*, 82 Idaho 410, 353 P.2d 657 (1960); *Kramer v. Twin Falls County*, 94 Idaho 357, 487 P.2d 951 (1971). We reverse and remand the case for further proceedings. Costs to appellant.